UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERICA YVONNE MARTIN,<br><br>Plaintiff,<br><br>v.<br><br>BRYAN MARTIN, SR.,<br><br>Defendants. | No. 2: 20-cv-2011 JAM CKD (PS)<br><br><br><br>ORDER |

On November 03, 2020, the magistrate judge filed findings and recommendations (ECF. No. 10) herein which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen days. On November 04, 2020, plaintiff filed objections to the proposed findings and recommendations (ECF. No. 11), which have been considered by the court.

This court reviews de novo those portions of the proposed findings of fact to which an objection has been made. 28 U.S.C. § 636(b)(1); McDonnell Douglas Corp. v. Commodore Business Machines, 656 F.2d 1309, 1313 (9th Cir. 1981), cert. denied, 455 U.S. 920 (1982); see also Dawson v. Marshall, 561 F.3d 930, 932 (9th Cir. 2009). As to any portion of the proposed findings of fact to which no objection has been made, the court assumes its correctness and decides the motions on the applicable law. See Orand v. United States, 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed de novo. See Britt v. Simi

Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983).

The court has reviewed the applicable legal standards and, good cause appearing, concludes that it is appropriate to adopt the proposed findings and recommendations in full. Accordingly, IT IS ORDERED that:

1. The Proposed Findings and Recommendations filed November 03, 2020, are ADOPTED;

2. Plaintiff's first amended complaint (ECF No. 4) is dismissed with prejudice;

3. Plaintiff's motion for temporary restraining order (ECF No. 6) is denied;

4. Plaintiff's motion for permission to file electronically (ECF No. 7) is denied as moot;

5. Plaintiff's motion to quash state court guardianship orders (ECF No. 9) is denied as moot; and

6. The Clerk is directed to close this case.

DATED: November 10, 2020            /s/ John A. Mendez
                                    THE HONORABLE JOHN A. MENDEZ
                                    UNITED STATES DISTRICT COURT JUDGE